UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
KEY WEST DIVISION

CASE NO. 08-10063-CIV-KING

DOUGLAS BRENNEMAN,

    Petitioner,

v.

UNITED STATES OF AMERICA,

    Respondent.

_____/

## ORDER AFFIRMING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION TO DENY THIS HABEAS PETITION ON THE MERITS

THIS CAUSE comes before the Court upon the January 15, 2009 Report and Recommendations ("R&R") of Magistrate Judge Patrick A. White (D.E. #7), recommending that this habeas petition be denied on the merits. The Petitioner has not filed any objections to the R&R, and the time to do so has passed.

After a thorough review of the record, the Court concludes that the R&R contains well-reasoned recommendations.

Accordingly, the Court being otherwise fully advised, it is ORDERED, ADJUDGED, and DECREED that Magistrate Judge Patrick A White's January 15, 2009 R&R **(D.E. #7)** be, and the same is hereby, **AFFIRMED and ADOPTED.**

DONE and ORDERED in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 4th day of February, 2009.

                                /s/ James Lawrence King
                                JAMES LAWRENCE KING
                                U.S. DISTRICT JUDGE
                                SOUTHERN DISTRICT OF FLORIDA

cc: **Magistrate Judge Patrick A. White**

### Counsel for Petitioner

**Douglas Brenneman**
Reg. No. 77269-004
FCC - Coleman (Low)
P.O. Box 1031
Coleman, FL 33521-1031
PRO SE

### Counsel for Respondent

**Noticing 2255 US Attorney**
Email: usafls-2255@usdoj.gov

**Adam S. Fels**
United States Attorney's Office
99 NE 4th Street
Miami, FL 33132

**Anne Ruth Schultz**
United States Attorney's Office
99 NE 4 Street
Miami, FL 33132